RAYMOND BARES v. ABAR CONSTRUCTION AND REALTY COMPANY

March 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND ROTH.

March 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN SHANLEY.

March 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LORRAINE KEILYK.

March 13, 1973. Petition for certification denied.

CARDELL, INC v. TOWNSHIP OF PISCATAWAY.

March 13, 1973. Petition for certification denied.